United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| NERIO JOSE PETTER ROMERO, | § § | CIVIL ACTION NUMBER 4:26-cv-00982 |
| Petitioner, | § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, *et al*, Respondents. | § § § | |

## ORDER

Petitioner Nerio Jose Petter Romero filed a petition for writ of *habeas corpus* under 28 USC §2241 on February 6, 2026. Dkt 1. He acknowledges illegal entry into the United States at a prior date but nonetheless asserts that his present detention under 8 USC §1225(b) is unlawful. He contends that any detention should instead proceed, if at all, under 8 USC §1226(a), which may entitle him to a bond hearing. Id at ¶20.

Prior order indicated that the arguments presented by Petitioner in the petition appeared to raise only issues previously resolved in the cited decisions and thus declined to issue a show cause order to Respondents. Dkt 4. Petitioner was instead given an opportunity to make a further filing with additional authorities or distinguishing facts not considered in the rulings cited on prior dismissals.

Petitioner has in response presented a "narrowed request for relief" raising somewhat novel issues not resolved by those prior decisions. Dkt 6. He is thus entitled to a show-cause order pursuant to 28 USC §2243.

Respondents are thus ORDERED to show cause with a filing that establishes the propriety of Petitioner's

continued detention, with particular attention to items (1) and (3) of Petitioner's narrowed request for relief. See Dkt 6 at 7.

Such filing must be made by March 12, 2026, absent extension.

Petitioner may file any reply by March 16, 2026.

Hearing will be set if determined necessary after briefing closes. But a hearing will be set upon affirmative request by either party, either by Zoom or in person.

It is ORDERED that the Clerk will email this order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

SO ORDERED.

Signed on March 4, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2